**Baltimore & Ohio Chicago Terminal Railroad Company, Appellee, v. Illinois Brick Company, Appellant.**

**Gen. No. 21,282.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed March 15, 1916. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by the Baltimore & Ohio Chicago Terminal Railroad Company, plaintiff, against Illinois Brick Company, defendant, to recover unpaid freight charges of $9 per carload on 156 carloads of brick, hauled by plaintiff for defendant from Blue Island, Illinois to Chicago. From a judgment for $1,669.46 in favor of plaintiff, defendant appeals.

It was not disputed that the rate charged was reasonable and in compliance with the schedules filed with the Interstate Commerce Commission and the Railroad and Warehouse Commission of Illinois, and was less than the maximum rate as fixed by the said railroad and warehouse commission. The defense was that the plaintiff during the month of August, 1911, hauled brick from Chicago Heights, Illinois, to Chicago, a dis-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tance of thirty miles, for $5.50 per carload, over the same track as that on which it hauled the brick for the defendant from Blue Island to Chicago, a distance of but eighteen miles, for which plaintiff charged the defendant $9 per carload; that this was unjust discrimination and contrary to law, and that the defendant should not be required to pay more than that charged by the railroad company for hauling from Chicago Heights, $5.50 per carload and that therefore plaintiff's claim for $1,447.34 is excessive in the sum of $478.

In 1898 the railroad company entered into a written contract with a land association of Chicago Heights whereby the association conveyed land to the railroad company for right of way and for other purposes, in consideration of which the railroad company agreed that its freight charges for hauling carload lots from Chicago Heights to Chicago should, for a period of 99 years, be $5.50 per carload.

In 1910, when it attempted to raise the freight charges from Chicago Heights to Chicago, it was enjoined by the Circuit Court of the United States for the Northern District of Illinois, Eastern Division, from doing so, which injunction was still in full force and effect, the court holding said contract to be valid and binding.

FELSENTHAL & WILSON, for appellant; DAVID LEVINSON, of counsel.

JESSE B. BARTON, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. CARRIERS, § 218*—*when evidence insufficient to establish unjust discrimination in freight rates.* In an action by one carrier against another to recover unpaid freight charges for hauling cars on plaintiff's railroad, defense of unjust discrimination in freight rates charged defendant *held* not to be established by the evidence.

2. INTEREST, § 82*—*when objection to allowance of interest may not be raised on appeal.* Objection to the allowance of interest on plaintiff's claim not having been presented to the trial court, the question cannot be raised in a court of review.